RECEIVED
IN MONROE, LA

FEB 13 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| BAYAN ABU KASSAB | CIVIL ACTION NO. 05-1586-M |
| VS. | SECTION P |
| ALBERTO GONZALES, ET AL. | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's **petition** for writ of *habeas corpus* be **Dismissed as MOOT.**

THUS DONE AND SIGNED, in chambers, in Monroe, Louisiana, on this ___13___ day of ___February___, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE